IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

FELIPE HUERECA CALLETANO REYES §

VS. § CIVIL ACTION NO. 9:00cv263

GEORGE WILLIAMS, ET AL §

## FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this 24th day of September, 2001.

HOWELL COBB
UNITED STATES DISTRICT JUDGE